UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| Clovis Yergeau, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:09-CV-141 |
| | ) | |
| Vermont Department of Corrections, | ) | |
| Corrections Corporation of America, | ) | |
| Marcel Mills, Unit Manager Woods, | ) | |
| North Fork Correctional Facility, | ) | |
| Fred Figueroa, West Tennessee | ) | |
| Detention Facility, Jeb Beasley, | ) | |
| Defendants. | ) | |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 8, 2010. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this court hereby ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed.R.Civ.P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id*. When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879 (1974). Here, that standard is satisfied.

SO ORDERED.

Dated at Burlington, District of Vermont this 9th day of April 2010.

/s/Christina Reiss
Hon. Christina Reiss
United States District Judge